B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Southern Pain Institute, P.C.                      ,        Case No.   15-11593-whd
     *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   March 2017                          Date filed:   April 21, 2017

Line of Business:   Medical Practice              NAISC Code:   621111

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

John A. Thomson, Jr. - Chapter 11 Trustee
Printed Name of Responsible Party

| | **Questionnaire:** *(All questions to be answered on behalf of the debtor.)* | **Yes** | **No** |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 994.13 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 26,405.58 |
| Cash on Hand at End of Month | $ | 15,854.26 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 15,854.26 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 11,545.45 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 994.13 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 11,545.45 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -10,551.32 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____ 150,000.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? _____ 9

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? _____ 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____ 151,652.66

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____ 750.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:            $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:          $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:       $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

# The Estate of Southern Pain Institute, PC

## BALANCE SHEET

As of March 31, 2017

|  | TOTAL |
|---|---:|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 0071 Pharmacy Checking | 0.00 |
| 100 Regions - Pharmacy | 0.00 |
| 109 Regions Operating | 0.00 |
| 110 DCCU Op Acct | 7,441.72 |
| 115 DCCU Savings | 5.00 |
| 120 Petty Cash | 0.00 |
| 121 Citizens Trust Payroll Acct | 11,107.69 |
| 122 CTB Operating Acct | -2,680.15 |
| 123 CTB Tax Escrow Acct | -20.00 |
| **Total Bank Accounts** | **$15,854.26** |
| Other Current Assets | |
| 12000 Undeposited Funds | 0.00 |
| 125 Estimated Accounts Receivable | 150,000.00 |
| 130 Transfer to Account | 0.00 |
| 132 Employee Receivables | 0.00 |
| 132.5 Lynn Clavo Savings Account | 0.00 |
| **Total 132 Employee Receivables** | **0.00** |
| 133 Edward Jones CD | 0.00 |
| 134 Certificate of Deposit-11310 | 0.00 |
| 135 Certificate of Deposit-11307 | 0.00 |
| 136 Certificate of Deposit-11298 | 0.00 |
| 137 Certificate of Deposit-Regions | 0.00 |
| 138 Certificate of Deposit McIntosh | 0.00 |
| 139 Certificate of Deposit McIntsh2 | 0.00 |
| 140 Certificate of Deposit McIntsh3 | 0.00 |
| 150 Suspense Account | 0.00 |
| Payroll Refunds | 0.00 |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$150,000.00** |
| **Total Current Assets** | **$165,854.26** |
| Fixed Assets | |
| 251 Transportation Equipment | 3,000.00 |
| 253 Furniture & Fixtures | 0.00 |
| 255 Machinery & Equipment | 0.00 |
| 256 Computer Equipment | 0.00 |
| 260 Real Property-Conyer Building | 0.00 |
| 263 Leasehold Improvements | 0.00 |
| 278 Accumulated Depreciation | 0.00 |
| **Total Fixed Assets** | **$3,000.00** |
| Other Assets | |

|  | TOTAL |
|---|---|
| 350 Security Deposit | 11,902.78 |
| 361 Loan Fees | 6,370.00 |
| 365 Accumulated Amortization | -6,370.00 |
| **Total Other Assets** | **$11,902.78** |
| **TOTAL ASSETS** | **$180,757.04** |

### LIABILITIES AND EQUITY

| | |
|---|---|
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 403 Accounts Payable | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Credit Cards | |
| 410 American Express | 0.00 |
| **Total Credit Cards** | **$0.00** |
| Other Current Liabilities | |
| 404 Payroll Liabilities | 0.00 |
| 404.1 Social Security | 0.00 |
| 404.2 Federal Withholding | 0.00 |
| 404.3 State Withholding | 0.00 |
| 404.4 State Unemployment | 0.00 |
| 404.5 Federal Unemployment | 0.00 |
| 404.6 Garnishments | 0.00 |
| 404.7 SEP Payable | 0.00 |
| 404.8 Pension Payable | 0.00 |
| 404.9 HSA Payable | 0.00 |
| **Total 404 Payroll Liabilities** | **0.00** |
| 405 Unsecured Claims | 597,658.00 |
| 411 Ad Valorem Taxes | 74,311.18 |
| 420 S.T. Portion of L.T Liability | 0.00 |
| 430 Due to Shareholder | 0.00 |
| 465 On Deck Capital | 0.00 |
| 471 Earnest Money from Concordia | 0.00 |
| **Total Other Current Liabilities** | **$671,969.18** |
| **Total Current Liabilities** | **$671,969.18** |
| Long-Term Liabilities | |
| 441 GMAC - Yukon | 0.00 |
| 443 SCB Loan #8000 | 0.00 |
| 444 VGM Financial | 0.00 |
| 446 Lyon Financial | 0.00 |
| 447 DeLage Financial | 146,601.56 |
| 448 SCB Loan # 8700 | 0.00 |
| 451 Philips Medical Capital | 0.00 |
| 452 Regions Loan #96442 | 500,869.01 |
| 453 ProHealth Capital Lease | 0.00 |
| 454 Phillips Medical Capital | 0.00 |
| 455 Regions LOC #6467 | 0.00 |
| 456 Acura Financial | 0.00 |
| 457 Phillips Medical Capital Lease | 0.00 |
| 458 AT&T Capital Services | 0.00 |

| | TOTAL |
|---|---:|
| 459 Hyundai Motor Finance | 0.00 |
| 460 Mortgage-Conyers Building | 0.00 |
| 461 Elab Solutions | 125,207.00 |
| 462 HTA Camp Creek, LLC | 59,323.00 |
| 463 SNH Medical Properties | 786,331.00 |
| 464 Regina Falo | 27,863.00 |
| 470 Can Capital | 117,104.00 |
| 475 S.T. Portion of L.T Debt | 0.00 |
| **Total Long-Term Liabilities** | **$1,763,298.57** |
| **Total Liabilities** | **$2,435,267.75** |
| Equity | |
| 551 Capital Stock Issued | 100.00 |
| 557 Accumulated Adjustments Account | -254,520.44 |
| 558 Contra Estimated Accounts Receivable | 150,000.00 |
| 559 Sale of Fixed Assets | -223,176.97 |
| 560 Distributions | 0.00 |
| 560.1 Tyrone MOB | 0.00 |
| 560.3 Rockdale MOB | 0.00 |
| **Total 560 Distributions** | **0.00** |
| 561 Petition Adjustment Account | -1,902,409.55 |
| Net Income | -23,016.88 |
| **Total Equity** | **$ -2,253,023.84** |
| **TOTAL LIABILITIES AND EQUITY** | **$180,757.04** |

# The Estate of Southern Pain Institute, PC

### PROFIT AND LOSS

### March 2017

| | TOTAL |
|---|---|
| **INCOME** | |
| 601 Medical Income | |
| 601.11 United | 993.49 |
| **Total 601 Medical Income** | **993.49** |
| **Total Income** | **$993.49** |
| GROSS PROFIT | **$993.49** |
| EXPENSES | |
| 763 Bank Service Charge | 12.00 |
| 780 Credit Card Fees | 25.00 |
| 789 Dues and Subscriptions | 864.45 |
| **789 Dues and Subscriptions** | 535.00 |
| 848 Office Supplies & Expense | 109.00 |
| Uncategorized Expense | 10,000.00 |
| **Total Expenses** | **$11,545.45** |
| NET OPERATING INCOME | **$-10,551.96** |
| OTHER INCOME | |
| 951 Interest Income | 0.64 |
| **Total Other Income** | **$0.64** |
| NET OTHER INCOME | **$0.64** |
| NET INCOME | **$-10,551.32** |

**EXHIBIT C-1**

**CHECK REGISTER - OPERATING ACCOUNT**

| | |
|---|---|
| Name of Debtor: | Southern Pain Institute, PC |
| Case Number: | 15-11593-WHD |
| Reporting Period beginning March 1, 2017 and ending March 31, 2017. | |

| | |
|---|---|
| NAME OF BANK: | Citizens Trust Bank |
| BRANCH: | Atlanta Main Office |
| ACCOUNT NAME: | DIP Operating Account |
| ACCOUNT NUMBER: | 470053111 |
| PURPOSE OF ACCOUNT: | Operating Account for Expenses |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|---|---|---|---|---|---|
| **CHECKS UNCLEARED PER PRIOR REPORT** | | | | | |
| 1/8/2016 | 1518 | Stanley Steamer | Repair & Maintenance | 403.08 | Uncleared |
| 3/4/2016 | 1530 | Foot Pain, LLC | Rent | 4,839.57 | Uncleared |
| 3/4/2016 | 1532 | Lynwood Cleaveland/Old Town Realty | Rent | 2,109.64 | Uncleared |
| | | | | 7,352.29 | |
| | | | | | |
| **CHECKS CLEARED AND ISSUED CURRENT MONTH** | | | | | |
| 3/15/2017 | 1638 | International Sureties, Ltd. | Bond Payment | 535.00 | |
| 3/29/2017 | 1639 | Cohen Pollock Merlin & Small | Outstanding Fees | 5,000.00 | |
| 3/29/2017 | 1640 | Moore, Colson | Outstanding Fees | 5,000.00 | |
| | | | | 10,535.00 | |
| | | | | | |
| **WIRES/ACCOUNT TRANSFERS** | | | | | |
| | | None | | | |
| | | | | 0.00 | |
| | | | | | |
| **BANK FEES/ACH** | | | | | |
| 3/3/2017 | Check Card | Google Apps | Dues and Subscriptions | 50.00 | |
| 3/8/2017 | | ADP Advance MD | Dues and Subscriptions | 774.50 | |
| 3/27/2017 | | Intuit | Dues and Subscriptions | 39.95 | |
| | | | | 864.45 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Disbursements | | | | 11,399.45 | |

## The Estate of Southern Pain Institute, PC
## Reconciliation Report
**CTB Operating Acct, Period Ending 03/31/2017**

Reconciled on: 04/17/2017 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: John Thomson

### Summary

| | |
|---|---:|
| Statement Beginning Balance | 16,071.59 |
| Checks and Payments cleared | -11,399.45 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | 4,672.14 |
| Uncleared transactions as of 03/31/2017 | -7,352.29 |
| Register Balance as of 03/31/201 | -2,680.15 |

### Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 03/03/2017 | Expense | | GooGLE sVCS | -50.00 |
| 03/08/2017 | Expense | | ADP Advance MD | -774.50 |
| 03/21/2017 | Check | 1638 | | -535.00 |
| 03/27/2017 | Expense | | Intuit | -39.95 |
| 03/30/2017 | Check | 1639 | CHECK #2034 | -5,000.00 |
| 03/31/2017 | Check | 1640 | CHECK #2034 | -5,000.00 |
| Total | | | | -11,399.45 |

### Additional Information

Uncleared Checks and Payments as of 03/31/2017

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 01/08/2016 | Check | 1518 | Stanley Steemer | -403.08 |
| 03/04/2016 | Check | 1530 | Foot Pain LLC | -4,839.57 |
| 03/04/2016 | Check | 1532 | Lynwood Cleaveland/Old Town Realty | -2,109.64 |
| Total | | | | -7,352.29 |

```
                                              PAGE:    1
                              ACCOUNT:      470053111  03/31/2017
                              DOCUMENTS:          3
```

```
           *****************EXCLUDE-Email
           3180 0.5285 EX 0.000    8 3 1243
           Southern Pain Institute
           DTP Operating Account
           1930 West Wesley Rd NW
           Atlanta GA  30327
```

```
                                              30
                                               0
                                               3
```

If you have any questions about your account, please contact us at
678.406.4000 or 1.888.214.3099.
We appreciate the opportunity to serve you.
Citizens Trust Bank - A relationship you can bank on

## SMALL BUSINESS CHECKING ACCOUNT 470053111

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 4,672.14 | LAST STATEMENT 02/28/17 | 16,071.59 |
| | | CREDITS | .00 |
| | | 6 DEBITS | 11,399.45 |
| | | THIS STATEMENT 03/31/17 | 4,672.14 |

- - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 1638 03/21    535.00 | 1639 03/30   5,000.00 | 1640 03/31   5,000.00 |

- - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| POS 03/02/17 18:21 3251 GOOGLE *SVCSAPPGOOGLE *SV | 03/03 | 50.00 |
|    cc@google.com CA 288257 | | |
| ADVANCEDMD 3/7 DD 34466676 | 03/08 | 774.50 |
| Recur Pymnt 03/26/17 20:20 3251 INTUIT *QB ONLIINTUIT *QB | 03/27 | 39.95 |
|    800-286-6800 CA 985968 | | |

- - - - - - - - I N T E R E S T - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | .00 | INTEREST EARNED: | .00 |
| INTEREST PAID THIS PERIOD: | .00 | DAYS IN PERIOD: | |
| | | ANNUAL PERCENTAGE YIELD EARNED: | .00% |

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE........BALANCE | DATE........BALANCE | DATE........BALANCE |
|---|---|---|
| 03/03    16,021.59 | 03/21    14,712.09 | 03/30    9,672.14 |
| 03/08    15,247.09 | 03/27    14,672.14 | 03/31    4,672.14 |



| 1638 | 03/21/17 | $535.00 |



| 1638 | 03/21/17 | $535.00 |



| 1639 | 03/30/17 | $5000.00 |



| 1639 | 03/30/17 | $5000.00 |



| 1640 | 03/31/17 | $5000.00 |

**EXHIBIT C-2**

**CHECK REGISTER - DEPOSITORY ACCOUNT**

Name of Debtor:              Southern Pain Institute, PC
Case Number:                 15-11593-WHD
Reporting Period beginning March 1, 2017 and ending March 31, 2017.

NAME OF BANK:          Delta Community Credit Union
BRANCH:                Peachtree City
ACCOUNT NAME:          DEPOSITORY
ACCOUNT NUMBER:        0880059430
PURPOSE OF ACCOUNT:    DEPOSITORY

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
| | CHECKS | None | | | |
| | | | | 0.00 | |
| | WIRES | None | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| 3/2/2017 | ACH | Merchant Service Merch Fee | Credit Card Fees | 25.00 | Cleared |
| | | | | 25.00 | |

Total Disbursements                                           25.00

## The Estate of Southern Pain Institute, PC
## Reconciliation Report
**DCCU Op Acct, Period Ending 03/31/2017**

Reconciled on: 04/17/2017 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: John Thomson

### Summary

| | |
|---|---:|
| Statement Beginning Balance | 6,472.59 |
| Checks and Payments cleared | -25.00 |
| Deposits and Other Credits cleared | +994.13 |
| Statement Ending Balance | 7,441.72 |
| Register Balance as of 03/31/2017 | 7,441.72 |

### Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 03/02/2017 | Expense | | Merchant Service Merch Fee | -25.00 |
| Total | | | | -25.00 |

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 03/01/2017 | Deposit | | Deposit | 993.49 |
| 03/31/2017 | Deposit | | DCCU | 0.64 |
| Total | | | | 994.13 |

SEND INQUIRIES TO:



**Delta Community®**
CREDIT UNION

P.O. Box 20541 Atlanta, GA 30320-2541
www.DeltaCommunityCU.com

ACCOUNTS ARE **NON-TRANSFERABLE** EXCEPT ON THE BOOKS OF THIS CREDIT UNION.

*NOTICE:* SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC TRANSFER ERRORS.

| ACCOUNT NUMBER | 0880059430 | |
|---|---|---|
| STATEMENT PERIOD | FROM 03/01/17 | THRU 03/31/17 |
| DIRECT INQUIRIES TO: | 404-715-4725 or 1-800-544-3328 | |
| AUDIOLINE | 404-715-4627 or 1-800-334-7536 | |
| PAGE | 1 | |

SOUTHERN PAIN INSTITUTE PC
1930 W WESLEY RD NW
ATLANTA GA 30327

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance for the exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE is that balance each day after credits are subtracted and new advances or other charges are added.

**DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits Or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| | | Joint Owners: | | | | | |
| | | SOUTHERN PAIN INSTITUTE PC DBA | | | | | |
| | | PARISH PHARMACY | | | | | |
| 03/01 | | ID 0001 BUSINESS SAVINGS Balance Forward | | | | | 5.00 |
| | | Joint Owner: | | | | | |
| | | JOHN A THOMSON | | | | | |
| 03/31 | | Ending Balance | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 03/01 | | ID 0070 BUSINESS CHECKING 4430518 Balance Forward | | | | | 6472.59 |
| | | Joint Owner: | | | | | |
| | | JOHN A THOMSON | | | | | |
| 03/01 | | Deposit by Check | | | | 993.49 | 7466.08 |
| 03/02 | | Withdrawal ACH MERCHANT SERVICE | | | | 25.00- | 7441.08 |
| | | TYPE: MERCH FEE CO: MERCHANT SERVICE | | | | | |
| 03/31 | | Deposit Dividend 0.100% | | | | 0.64 | 7441.72 |
| | | Annual Percentage Yield Earned 0.10% from 03/01/17 through 03/31/17 | | | | | |
| | | Based on Average Daily Balance of 7,441.89 | | | | | |
| 03/31 | | Ending Balance | | | | | 7441.72 |
| | | Dividends Paid Year to Date | | | | 1.36 | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Returned Item Fees | 0.00 | 0.00 |
| Total Overdraft Fees | 0.00 | 0.00 |

Total Dividends Paid Year to Date          1.36

**NCUA**
This credit union is federally insured by the National Credit Union Administration.



EQUAL HOUSING
LENDER

EXHIBIT C-3

CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:                  Southern Pain Institute, PC
Case Number:                     15-11593-WHD
Reporting Period beginning March 1, 2017 and ending March 31, 2017.

| | |
|---|---|
| NAME OF BANK: | Citizens Trust Bank |
| BRANCH: | Atlanta Main Office |
| ACCOUNT NAME: | Payroll Account |
| ACCOUNT NUMBER: | 470053108 |
| PURPOSE OF ACCOUNT: | Payroll Expenses |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|---|---|---|---|---|---|
| | CHECKS | | | | |
| | | None | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | None | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| 3/28/2017 | ACH | Intuit Payroll Service | Payroll Service Fees | 109.00 | Cleared |
| | | | | 109.00 | |
| Total Disbursements | | | | 109.00 | |

# The Estate of Southern Pain Institute, PC
# Reconciliation Report

**Citizens Trust Payroll Acct, Period Ending 03/31/2017**

Reconciled on: 04/17/2017 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: John Thomson

## Summary

| | |
|---|---|
| Statement Beginning Balance | 11,216.69 |
| Checks and Payments cleared | -109.00 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | 11,107.69 |
| Register Balance as of 03/31/2017 | 11,107.69 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 03/28/2017 | Expense | | McKesson Pharmacy Systems | -109.00 |
| Total | | | | -109.00 |

```
                                         ACCOUNT:        470053108   PAGE:    1
                                         DOCUMENTS:              0   03/31/2017
        ******************EXCLUDE-Email
        3179 0.3700 EX 0.000    8 3 1242
        Southern Pain Institute
        DIP Payroll Account
        1930 West Wesley Rd NW
        Atlanta GA  30327
```

```
                                                                      30
                                                                       0
                                                                       0
```

```
=================================================================================
    If you have any questions about your account, please contact us at
    678.406.4000 or 1.888.214.3099.
    We appreciate the opportunity to serve you.
    Citizens Trust Bank - A relationship you can bank on
=================================================================================
              SMALL BUSINESS CHECKING ACCOUNT 470053108
```

```
                                        LAST STATEMENT 02/28/17       11,216.69
    MINIMUM BALANCE          11,107.69             CREDITS                  .00
                                                 1 DEBITS              109.00
                                        THIS STATEMENT 03/31/17       11,107.69
          - - - - - - - - - - - OTHER DEBITS - - - - - - - -
    DESCRIPTION                                          DATE          AMOUNT
    Payroll Service Fee 4657562                          03/28         109.00
          - - - - - - - - - - - I N T E R E S T - - - - - - - - - -
    AVERAGE LEDGER BALANCE:            .00  INTEREST EARNED:                .00
    INTEREST PAID THIS PERIOD:         .00  DAYS IN PERIOD:
                                            ANNUAL PERCENTAGE YIELD EARNED:  .00%
          - - - - - - - DAILY BALANCE - - - - - - - -
    DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
    03/28       11,107.69
```

**EXHIBIT C-4**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:                Southern Pain Institute, PC
Case Number:                   15-11593-WHD
Reporting Period beginning March 1, 2017 and ending March 31, 2017.

NAME OF BANK:                  Citizens Trust Bank
BRANCH:                        Atlanta Main Office
ACCOUNT NAME:                  DIP Escrow Tax Account
ACCOUNT NUMBER:                470053108
PURPOSE OF ACCOUNT:            Bankruptcy Tax Escrow Account

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
| | CHECKS | | | | |
| | | None | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | None | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| 3/31/2017 | Bank Fees | Citizens Trust Bank | Service Charge | 12.00 | Cleared |
| | | | | 12.00 | |

Total Disbursements                                        12.00 (d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                         _____ (a)
Sales & Use Taxes Paid                                     _____ (b)
Other Taxes Paid                                           _____ (c)
TOTAL                                                      _____ (d)

(a) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# The Estate of Southern Pain Institute, PC
# Reconciliation Report
### CTB Tax Escrow Acct, Period Ending 03/31/2017
Reconciled on: 04/17/2017 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: John Thomson

## Summary

| | |
|---|---:|
| Statement Beginning Balance | -8.00 |
| Service Charge | -12.00 |
| Checks and Payments cleared | 0.00 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | -20.00 |
| Register Balance as of 03/31/2017 | -20.00 |

```
                                          ACCOUNT:        470053124   PAGE:      1
                                          DOCUMENTS:              0   03/31/2017

        ****************EXCLUDE-Email
        3181 0.3700 EX 0.000    8 3 1244
        Southern Pain Institute
        DIP Escrow Tax Account
        1975 W Hwy 54 Ste 100
        Peachtree City GA  30327



                                                                      30
                                                                       0
                                                                       0


=================================================================================
     If you have any questions about your account, please contact us at
     678.406.4000 or 1.888.214.3099.
     We appreciate the opportunity to serve you.
     Citizens Trust Bank - A relationship you can bank on

=================================================================================
                  SMALL BUSINESS CHECKING ACCOUNT 470053124
=================================================================================

                                        LAST STATEMENT 02/28/17          8.00-
MINIMUM BALANCE                 8.00-           CREDITS                    .00
                                             1 DEBITS                    12.00
                                        THIS STATEMENT 03/31/17         20.00-
                 - - - - - - - OTHER DEBITS - - - - - - -
DESCRIPTION                                          DATE           AMOUNT
SERVICE CHARGE                                       03/31           12.00
              - - - - - - - - I N T E R E S T - - - - - - - - -
AVERAGE LEDGER BALANCE:              .00  INTEREST EARNED:             .00
INTEREST PAID THIS PERIOD:          .00  DAYS IN PERIOD:
                                         ANNUAL PERCENTAGE YIELD EARNED:   .00%

          - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -
         TOTAL CHARGE FOR BALANCE REQUIRED FEE:            12.00
              - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
03/31          20.00-
```

**EXHIBIT C-5**

**REGISTER - SAVINGS ACCOUNT**

Name of Debtor:            Southern Pain Institute, PC
Case Number:               15-11593-WHD
Reporting Period beginning March 1, 2017 and ending March 31, 2017.

NAME OF BANK:              Delta Community Credit Union
BRANCH:                    Peachtree City
ACCOUNT NAME:              DEPOSITORY
ACCOUNT NUMBER:            0880059430
PURPOSE OF ACCOUNT:        SAVINGS

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
| | CHECKS | | | | |
| | | None | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | None | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| | | None | | | |
| | | | | 0.00 | |
| Total Disbursements | | | | 0.00 | |

# The Estate of Southern Pain Institute, PC
# Reconciliation Report
**DCCU Savings, Period Ending 03/31/2017**

Reconciled on: 04/17/2017 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: John Thomson

## Summary

| | |
|---|---:|
| Statement Beginning Balance | 5.00 |
| Checks and Payments cleared | 0.00 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | 5.00 |
| Register Balance as of 03/31/2017 | 5.00 |

SEND INQUIRIES TO:


**Delta Community**
CREDIT UNION

P.O. Box 20541 Atlanta, GA 30320-2541
www.DeltaCommunityCU.com

ACCOUNTS ARE **NON-TRANSFERABLE** EXCEPT ON THE BOOKS OF THIS CREDIT UNION.

*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC TRANSFER ERRORS.*

| | |
|---|---|
| ACCOUNT NUMBER | 0880059430 |

```
        SOUTHERN PAIN INSTITUTE PC
        1930 W WESLEY RD NW
        ATLANTA GA 30327
```

| STATEMENT PERIOD | FROM 03/01/17 | THRU 03/31/17 |
|---|---|---|
| DIRECT INQUIRIES TO: | | |
| AUDIOLINE | 404-715-4725  or  1-800-544-3328 | |
| PAGE | 404-715-4627  or  1-800-334-7536 | |
| | 1 | |

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance  for the exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE  is that balance each day after credits are subtracted and new advances or other charges are added.

**DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits Or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| | | Joint Owners: | | | | | |
| | | SOUTHERN PAIN INSTITUTE PC DBA | | | | | |
| | | PARISH PHARMACY | | | | | |
| 03/01 | | ID 0001 BUSINESS SAVINGS Balance Forward | | | | | 5.00 |
| | | Joint Owner: | | | | | |
| | | JOHN A THOMSON | | | | | |
| 03/31 | | Ending Balance | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| | | | | | | | |
| 03/01 | | ID 0070 BUSINESS CHECKING 4430518 Balance Forward | | | | | 6472.59 |
| | | Joint Owner: | | | | | |
| | | JOHN A THOMSON | | | | | |
| 03/01 | | Deposit by Check | | | | 993.49 | 7466.08 |
| 03/02 | | Withdrawal ACH MERCHANT SERVICE | | | | 25.00- | 7441.08 |
| | | TYPE: MERCH FEE CO: MERCHANT SERVICE | | | | | |
| 03/31 | | Deposit Dividend 0.100% | | | | 0.64 | 7441.72 |
| | | Annual Percentage Yield Earned 0.10% from 03/01/17 through 03/31/17 | | | | | |
| | | Based on Average Daily Balance of 7,441.89 | | | | | |
| 03/31 | | Ending Balance | | | | | 7441.72 |
| | | Dividends Paid Year to Date | | | | 1.36 | |

```
     ---------------------------------------------------------------
     |                          | Total For    | Total Year-  |
     |                          | This Period  | to-Date      |
     |--------------------------|--------------|--------------|
     | Total Returned Item Fees |      0.00    |      0.00    |
     |--------------------------|--------------|--------------|
     | Total Overdraft Fees     |      0.00    |      0.00    |
     ---------------------------------------------------------------

        Total Dividends Paid Year to Date                   1.36
```



NCUA
This credit union is federally insured by the National Credit Union Administration.

EQUAL HOUSING LENDER